1  CAROL C. LAM
   United States Attorney
2  ANNALOU TIROL
   Assistant U.S. Attorney
3  California State Bar No. 216578
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California 92101-8800
5  Telephone: (619) 557-7854

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Criminal Case No. 06CR2608-BEN
                                )
12           Plaintiff,         )
                                )   ORDER UNSEALING INDICTMENT
13      v.                      )
                                )
14 LEOPOLDO B. VILLANUEVA,      )
                                )
15                              )
             Defendant.         )
16 _____)

17      Upon application of the plaintiff, UNITED STATES OF AMERICA, by and through its

18 counsel, Carol C. Lam, United States Attorney, and AnnaLou Tirol, Assistant United States

19 Attorney, and based on the fact that defendant Leopoldo B. Villanueva must be arraigned on the

20 indictment and good cause appearing therefor,

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1   IT IS HEREBY ORDERED that the Indictment for the above-referenced case be ordered
2   unsealed.
3   12/21/06
    DATED

                                    /s/ Louisa Porter
                                    HONORABLE LOUISA PORTER
                                    United States Magistrate Judge

19  Presented by:
20  CAROL C. LAM
    United States Attorney
21
22  /s/ Annalou Tirol
    ANNALOU TIROL
23  Assistant U.S. Attorney